JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT M. LEVINE, | ) | No. CV 08-262 CAS (FFM)) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. A. HOLENCIK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 21, 2009

_Christina a. Snyd_
CHRISTINA A. SNYDER
United States District Judge